Cory A. Talbot
Arizona Bar No. 020702
HOLLAND & HART LLP
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101
Phone: 801-799-5800
Fax: 801-799-5700
catalbot@hollandhart.com

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin; and Sharon Jeanette Sparlin;<br><br>    Plaintiffs,<br><br>v.<br><br>Countrywide Home Loans, Inc.; BAC Home Loan Servicing, LP; Bank of America, NA; Mortgage Electronic Registration Systems, Inc.; Recontrust Company, NA; Bank of New York Mellon; CWALT, Inc.; and Select Portfolio Servicing, Inc.,<br><br>    Defendants. | **CASE NO.:**<br><br><br>**CERTIFICATE AS TO INTERESTED PARTIES**<br>**[Fed. R. Civ. P. 7.1]** |

The undersigned, counsel of record for Defendant Select Portfolio Servicing, Inc., certifies that there are no parties other than those already named which have an interest in the outcome of the case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5317305_1.DOCX                                         1

This representation is made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 23rd day of November, 2011.

HOLLAND & HART LLP

*/s/ Cory A. Talbot*
Cory A. Talbot
Arizona Bar No. 020702
222 South Main Street, Ste. 2200
Salt Lake City, UT 84101

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 23rd day of November, 2011, I served a true and correct copy of the foregoing **CERTIFICATE AS TO INTERESTED PARTIES** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below :

Michael B. Sparlin
Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
ssparlin@dakotacom.net

*Plaintiff/Pro Se*

*/s/Tish Howell*
An Employee of HOLLAND & HART LLP

5317305_1.DOCX                                     2